Asad Sammi NIYAZ, Plaintiff–
Appellant,

v.

BANK OF AMERICA; Countrywide
Home Loans, Incorporated, America's
Wholesale Lender; BAC Home Loans
Servicing, LP; Reconstruct Company,
N.A., is a wholly-owned subsidiary of
Bank of America, N.A.; Mers, Mort-
gage Electronic Registration Systems;
Samuel I. White, P.C.; Jon Doe, 1–100,
Defendants–Appellees.

No. 11–1101.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2011.

Decided: Aug. 11, 2011.

Asad Sammi Niyaz, Appellant Pro Se.
Jenelle Marie Dennis, Ballard Spahr, LLP,
Bethesda, Maryland; Constantinos George
Panagopoulos, Ballard Spahr, LLP, Wash-
ington, D.C., for Appellees.

Before GREGORY and DAVIS, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Asad Sammi Niyaz appeals the district
court's order granting summary judgment
in favor of the Defendants in his lawsuit
filed in an attempt to prevent foreclosure
on his property. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Niyaz v. Bank of
America,* No. 1:10–cv–00796–JCC–TCB,
2011 WL 63655 (E.D.Va. Jan. 3, 2011).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*